Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−31144−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Horace Ross                              Christine Ross
919 W. 5th Street                        919 W. 5th Street
Plainfield, NJ 07063                     Plainfield, NJ 07063

Social Security No.:
xxx−xx−2158                              xxx−xx−8070

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on December 8, 2021.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 8, 2021
JAN: ntp

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Horace Ross  
Christine Ross  
    Debtors

Case No. 19-31144-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 08, 2021 | Form ID: 148 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Horace Ross, Christine Ross, 919 W. 5th Street, Plainfield, NJ 07063-1419 |
| cr | + | Nationstar Mortgage LLC d/b/a Champion Mortgage Co, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| 518559210 | + | AR Resources Inc., P.O. Box 1056, Blue Bell, PA 19422-0287 |
| 518620611 | + | Baxter Financial, LLC, c/o Fein Such Kahn & Shepard, PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 518559216 | | Care Point Health, 30th Street and Avenue E, Bayonne, NJ 07002 |
| 518559215 | + | Care Point Health, Bayonne Medical Center, PO Box 1438, Newark, NJ 07101-1438 |
| 518559217 | + | Care Point Health, Hoboken University Medical Center, 308 Willow Avenue, Hoboken, NJ 07030-3808 |
| 518559211 | + | Care Point Health, 176 Palisade Avenue, Jersey City, NJ 07306-1121 |
| 518559218 | + | City of Plainfield, 515 Watchung Avenue, Plainfield, NJ 07060-1798 |
| 518559220 | | Edison Radiology, P.O. Box 2817, Edison, NJ 08818 |
| 518559221 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518559222 | + | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518559224 | + | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 518559223 | + | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 518559225 | | Financial Recoveries, POB 1388, Mount Laurel, NJ 08054-7388 |
| 518666532 | + | NATIONSTAR MORTGAGE LLC, Champion Mortgage Company, P.O. Box 619093, Dallas, TX 75261-9093 |
| 518559228 | + | Nationstar Mortgage dba Champion Mtg, Attn: Bankruptcy Department, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518579820 | + | Nationstar Mortgage LLC, c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 518559227 | + | Nationstar c/o, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518559230 | + | Progressive Insurance, P.O. Box 31260, Tampa, FL 33631-3260 |
| 518559231 | + | Progressive Insurance, 3396 Kennedy Blvd., Jersey City, NJ 07307-4209 |
| 519331801 | + | Reverse Mortgage Solutions, Inc., PHH Mortgage Services, P.O. Box 24606, West Palm Beach, FL 33416-4606 |
| 519331802 | + | Reverse Mortgage Solutions, Inc., PHH Mortgage Services, P.O. Box 24606, West Palm Beach, FL 33416, Reverse Mortgage Solutions, Inc. PHH Mortgage Services 33416-4606 |
| 518673360 | + | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518559233 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 518559234 | + | Summit Medical Group, 1 Diamond Hill Road, Berkeley Heights, NJ 07922-2104 |
| 518559235 | | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518559236 | + | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 08 2021 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 08 2021 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 08 2021 20:50:00 | Nationstar Mortgage LLC d/b/a Champion Mortgage Co, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| 518577803 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 08 2021 21:03:43 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518559212 | + | Email/Text: bncmail@w-legal.com | Dec 08 2021 20:50:00 | Care Point Health, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 518660527 | + | Email/Text: bncmail@w-legal.com | Dec 08 2021 20:50:00 | CarePoint Health - Hospital, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518660638 | + | Email/Text: bncmail@w-legal.com | Dec 08 2021 20:50:00 | CarePoint Health - Physican GSHA, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518559219 | + | EDI: CCS.COM | Dec 09 2021 01:53:00 | Credit Colections Services, PO Box 773, Needham Heights, MA 02494-0918 |
| 518559226 | | EDI: IRS.COM | Dec 09 2021 01:48:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 518657478 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2021 21:03:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518579820 | + | Email/Text: RASEBN@raslg.com | Dec 08 2021 20:50:00 | Nationstar Mortgage LLC, c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 518559229 | + | Email/Text: bankruptcy@onlineis.com | Dec 08 2021 20:50:00 | Online Collections, PO Box 1489, Winterville, NC 28590-1489 |
| 518559232 | + | Email/Text: rwjebn@rwjbh.org | Dec 08 2021 20:50:00 | Robert Wood Johnson, 1 Robertwood Johnson Place, P.O. Box 2501, New Brunswick, NJ 08901-1966 |
| 518644537 | + | EDI: AIS.COM | Dec 09 2021 01:53:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518559237 | + | EDI: WFFC.COM | Dec 09 2021 01:53:00 | Wells Fargo Bank, NA, PO Box 5058, MAC P6053-021, Portland, OR 97208-5058 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | City of Plainfield, 515 Watchung Avenue, Plainfield, NJ 07060-1798 |
| 518559214 | *+ | Care Point Health, c/o Weinstein & Riley PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 518559213 | *+ | Care Point Health, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 518660620 | *+ | CarePoint Health - Hospital, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2021                    Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David G. Beslow | on behalf of Joint Debtor Christine Ross yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | on behalf of Debtor Horace Ross yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Francis J. Ballak | on behalf of Creditor City of Plainfield francis@gmslaw.com |
| Keith A. Bonchi | on behalf of Creditor City of Plainfield keith@gmslaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Horace Ross yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Mark Goldman | on behalf of Joint Debtor Christine Ross yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Shauna M Deluca | on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company sdeluca@raslg.com |
| Shauna M Deluca | on behalf of Creditor Reverse Mortgage Solutions Inc. sdeluca@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10